Opinion by McCLELLAN, J.

---

## Waldrop v. The State.

APPEAL from Cherokee Circuit Court.

Tried before the Hon. J. A. BILBRO.

J. L. BURNETT, for appellant.

W. C. FITTS, Attorney-General, *contra.*

This was a bastardy proceeding against J. M. Waldrop, commenced by affidavit made by Lula Gosh. The defendant appealed from a judgment of conviction. The appeal was dismissed, no appearance being made for the defendant.

PER CURIAM.